## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

KIMBERLY RULOPH                                )
                                               )
    Plaintiff;                             )
                                               )
v.                                             )  Case No. 2:20-cv-02053-PKH
                                               )
LAMMICO d/b/a LAMMICO                          )
RISK RETENSION GROUP, INC.;                    )
WASHINGTON REGIONAL MEDICAL                    )
CENTER; MERCY HOSPITAL -                        )
FORT SMITH; JODY A. BRADSHAW,                   )
M.D.; KRISTIN PECE, M.D.; MERCY                 )
CLINIC FORT SMITH COMMUNITIES;                  )
ROBERT A. IRWIN, M.D.; and                      )
JOHN DOES 1-10                                  )
                                               )
    Defendant.                             )

## AFFIDAVIT

STATE OF ARKANSAS            )
                            ) ss.
COUNTY OF INDEPENDENCE       )

Comes H. David Blair, Affiant, with the law firm of Blair & Stroud,

Batesville, Arkansas, and who, after being duly sworn, states under oath as

follows:

    1.    I am the attorney of record for Kimberly Ruloph, Plaintiff, in the

above-styled action.

1

EXHIBIT

A

PENGAD 800-631-6989

2.    Plaintiff is unaware of the identity of the employer of Robert A. Irwin, which employer is designated in Plaintiff's Complaint as John Doe 1.

3.    Plaintiff is presently unaware of the identity of the liability insurers who have provided liability insurance (primary, excess or co-insurance) to WRMC, Mercy, and Clinics, or one or more of them, which insurers are designated in Plaintiff's Complaint as John Does 2-10.

4.    This Affidavit is filed pursuant to Ark. Code Ann. § 16-56-125.

EXECUTED this ___ day of __Apr.__, 2020.

By: _____
H. David Blair, Blair & Stroud

STATE OF ARKANSAS          )
                           ) SS.
COUNTY OF INDEPENDENCE      )

SUBSCRIBED and SWORN to before me on this _8th_ day of _April_, 2020.

_____
Notary Public

My Commission Expires:

_04/11/2028_

MELANIE MATHEWS
NOTARY PUBLIC - ARKANSAS
INDEPENDENCE COUNTY
My Commission Expires 04-11-2028
Commission No. 12366459