UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KIMBERLY RULOPH                                                    PLAINTIFF

v.                                No. 2:20-CV-02053

LAMMICO, et al.                                                   DEFENDANTS

## ORDER

Before the Court is Plaintiff's motion (Doc. 81) to dismiss without prejudice separate Defendants Dr. Pece, Dr. Bradshaw, and Mercy Clinics Fort Smith Communities as parties pursuant to Rule 41(a).  Plaintiff also filed a motion (Doc. 80) to file a second amended complaint and proposed second amended complaint (Doc. 80-1).  Defendants have represented to the Court that they do not object to the amendment.

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 80) to file a second amended complaint is GRANTED.  Plaintiff is directed to file the proposed second amended complaint attached as an exhibit to the motion.

IT IS FURTHER ORDERED that Plaintiff's motion (Doc. 81) to dismiss is GRANTED and all claims against Dr. Pece, Dr. Bradshaw, and Mercy Clinics Fort Smith Community are DISSMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's motion (Doc. 82) to withdraw her motion (Doc. 79) to dismiss because of an inadvertent filing is GRANTED.

IT IS SO ORDERED this 24th day of November, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE