MERCY HOSPITAL FORT SMITH  
7301 Rogers Ave  
Fort Smith AR 72903-4100  

Ruloph, Kimberly L  
MRN: E1402145509, DOB: 9/23/1973, Sex: F  
Acct #: 74000567510  
ADM 4/15/2018, D/C 4/15/2018  

## All Notes (continued)

**Progress Notes by Thomas, Brandon S, RN at 4/15/2018 1:00 PM (continued)**  Version 1 of 1

| Author: Thomas, Brandon S, RN | Service: — | Author Type: Registered Nurse |
| Filed: 4/15/2018 1:00 PM | Date of Service: 4/15/2018 1:00 PM | Status: Signed |
| Editor: Thomas, Brandon S, RN (Registered Nurse) | | |

Post reduction of left knee

Electronically signed by Thomas, Brandon S, RN at 4/15/2018 1:00 PM

**ED Notes by Thomas, Brandon S, RN at 4/15/2018 1:09 PM**  Version 1 of 1

| Author: Thomas, Brandon S, RN | Service: — | Author Type: Registered Nurse |
| Filed: 4/15/2018 1:10 PM | Date of Service: 4/15/2018 1:09 PM | Status: Signed |
| Editor: Thomas, Brandon S, RN (Registered Nurse) | | |

Knee immobilizer applied to left knee by Dr bradshaw post reduction of left knee

Electronically signed by Thomas, Brandon S, RN at 4/15/2018 1:10 PM

**Consults by Bradshaw, Jody A, MD at 4/15/2018 1:05 PM**  Version 2 of 2

| Author: Bradshaw, Jody A, MD | Service: — | Author Type: Physician |
| Filed: 4/15/2018 1:20 PM | Date of Service: 4/15/2018 1:05 PM | Status: Addendum |
| Editor: Bradshaw, Jody A, MD (Physician) | | |
| Related Notes: Original Note by Bradshaw, Jody A, MD (Physician) filed at 4/15/2018 1:09 PM | | |

### HISTORY AND PHYSICAL

**NAME**: Kimberly L Horne                                        **DOB**: 9/23/1973  
**DATE:** 04/15/18  
**CHIEF COMPLAINT:** Left knee dislocation  
**Chief Complaint**  
Patient presents with

- Fall  
  *fall from standing position, left knee and lower extremity pain, progressive loss of sensation in L foot*

HPI: PT is a woman s/p fall from standing height at church today 1100. She presented to ER with pain and cold foot. No pulse found in ER, xrays show dislocation with tibia anterior. Pt c/o severe pain.  
**FAMILY HISTORY:** No family history on file.  
**SURGICAL HISTORY:**  
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| PT DENIES RELEVANT SURGICAL HISTORY | | |

**MEDICAL HISTORY:**  
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| Patient denies relevant medical history | |

**SOCIAL HISTORY:**  
**Social History**

**EXHIBIT B**

MERCY HOSPITAL FORT SMITH  
7301 Rogers Ave  
Fort Smith AR 72903-4100  

Ruloph, Kimberly L  
MRN: E1402145509, DOB: 9/23/1973, Sex: F  
Acct #: 74000567510  
ADM 4/15/2018, D/C 4/15/2018  

## All Notes (continued)

**Consults by Bradshaw, Jody A, MD at 4/15/2018  1:05 PM (continued)**          Version 2 of 2

**Substance Use Topics**
- Smoking status:              Current Every Day Smoker
    - Packs/day:               0.25
    - Types:                   Cigarettes
- Smokeless tobacco:           Never Used
- Alcohol use                  Not on file

**CURRENT MEDICATIONS:**  
(Not in a hospital admission)  
**ADVERSE REACTIONS: No Known Allergies**

_____

**REVIEW OF SYSTEMS:**

**CONSTITUTIONAL:**  Negative.  
**MUSCULOSKELETAL:**  Negative.  
**NEURO:**  Denies hx of stroke, seizure or neuropathy.  
**ENDOCRINE:**  Denies hx of thyroid disease or diabetes.  
**HEMATOLOGY:**  Denies hx of bleeding/clotting disorder or anemia.  
**GENITOURINARY:**  Denies hx of frequent UTI, renal or bladder problems.  
**RESPIRATORY:**  Denies hx of asthma, COPD, chronic cough or breathing problems.  
**SKIN:**  Denies hx of eczema, psoriasis or skin allergies.  
**CARDIOVASCULAR:**  Denies hx of heart murmur, dysrhythmia, chest pain, HTN or dyslipidemia.  
**GASTROINTESTINAL:**  Denies hx of frequent heartburn, chronic diarrhea, constipation, IBS, PUD, hematochezia or liver problems  
**CANCER:**  Negative.  
**PSYCHIATRIC:**  Negative.  
**HEENT:**  Negative.  
**IMMUNOLOGICAL:**  Denies hx of TB, Hepatitis, HIV or other known infection.  
**HEALTH MAINTENENCE/PCP:**  No primary care provider on file.

**PHYSICAL EXAMINATION:**  
**VITAL SIGNS:**  BP (!) 157/93 (BP Location: Right arm, Patient Position (BP): Supine)  | Pulse 96  | Temp 97.6 °F (36.4 °C) (Oral)  | Resp 27  | Ht 5' 9" (1.753 m)  | Wt 131.5 kg (290 lb)  | LMP 04/04/2018  | SpO2 97%  | BMI 42.83 kg/m²  
**CONSTITUTIONAL:**  The patient is a normal appearing female in mild distress  
**CARDIAC:**  Regular rate  
**CHEST:**  Nml resp effort  
**SKIN:**  Left foot cool, mottled, no palpable DP or PT  
**PSYCH:**  The patient is alert and oriented to person, place and time.  
**EXTREMITIES:**  Left knee deformity, prominent tibial tubercle  

**RADIOGRAPHIC FINDINGS**: Left knee dislocation with tibia 100% anterior to femur  

**PERTINENT LABORATORY FINDINGS**: **Results for orders placed or performed during the hospital encounter of 04/15/18 (from the past 24 hour(s))**  
**CBC WITH DIFFERENTIAL**

_____

MERCY HOSPITAL FORT SMITH  
7301 Rogers Ave  
Fort Smith AR 72903-4100

Ruloph, Kimberly L  
MRN: E1402145509, DOB: 9/23/1973, Sex: F  
Acct #: 74000567510  
ADM 4/15/2018, D/C 4/15/2018

## All Notes (continued)

**Consults by Bradshaw, Jody A, MD at 4/15/2018  1:05 PM (continued)**                Version 2 of 2

| Result | Value | Ref Range |
|---|---|---|
| WBC | 21.1 (H) | 4.0 - 10.0 K/uL |
| RBC | 4.54 | 3.93 - 5.22 M/uL |
| HEMOGLOBIN | 14.4 | 11.2 - 15.7 g/dL |
| HEMATOCRIT | 42.6 | 34.1 - 44.9 % |
| MCV | 93.8 | 79.4 - 94.8 fL |
| MCH | 31.7 | 25.6 - 32.2 pg |
| MCHC | 33.8 | 32.2 - 35.5 g/dL |
| RDW | 13.3 | 11.7 - 14.4 % |
| RDW-STDEV | 45.9 | 36.4 - 46.3 fL |
| PLATELETS | 349 | 182 - 369 K/uL |
| MPV | 10.9 | 9.4 - 12.3 fL |
| NEUTROPHILS | 68 | 34 - 71 % |
| LYMPHOCYTES | 21 | 19 - 52 % |
| MONOCYTES | 5 | 5 - 13 % |
| EOSINOPHILS | 3 | 1 - 6 % |
| BASOPHILS | 1 | 0 - 1 % |
| IMMATURE GRANULOCYTES | 2 (H) | 0 - 1 % |
| NEUTROPHIL ABSOLUTE | 14.38 (H) | 1.56 - 6.13 K/uL |
| LYMPHOCYTE ABSOLUTE | 4.46 (H) | 1.18 - 3.74 K/uL |
| MONOCYTE ABSOLUTE | 1.00 (H) | 0.24 - 0.36 K/uL |
| EOSINOPHIL ABSOLUTE | 0.68 (H) | 0.04 - 0.36 K/uL |
| BASOPHILS ABSOLUTE | 0.18 (H) | 0.01 - 0.08 K/uL |
| IMMATURE GRANULOCYTES ABSOLUTE | 0.38 (H) | 0.00 - 0.31 K/uL |

**PROTIME-INR**

| Result | Value | Ref Range |
|---|---|---|
| PROTIME | 12.8 | 11.8 - 14.8 Seconds |
| INR | 1.0 | 0.9 - 1.2 |

**PTT**

| Result | Value | Ref Range |
|---|---|---|
| PTT | 21.2 (L) | 22.7 - 36.7 seconds |

**COMPREHENSIVE METABOLIC PANEL**

| Result | Value | Ref Range |
|---|---|---|
| SODIUM | 140 | 136 - 145 mmol/L |
| POTASSIUM | 4.0 | 3.5 - 5.1 mmol/L |
| CHLORIDE | 100 | 98 - 107 mmol/L |
| CO2 | 24 | 22 - 29 mmol/L |
| CALCIUM | 9.2 | 8.6 - 10.0 mg/dL |
| BUN | 11 | 6 - 20 mg/dL |
| CREATININE | 0.60 | 0.51 - 0.95 mg/dL |
| GLUCOSE | 166 (H) | 74 - 109 mg/dL |
| TOTAL PROTEIN | 6.6 | 6.4 - 8.3 g/dL |
| ALBUMIN | 4.1 | 4.0 - 4.9 g/dL |
| BILIRUBIN TOTAL | 0.3 | 0.0 - 1.2 mg/dL |
| ALKALINE PHOSPHATASE | 63 | 35 - 104 U/L |
| AST | 19 | 0 - 32 U/L |
| ALT | 17 | <=33 U/L |

FTSM HEALTH INFORMATION MANAGEMENT    ROI ID: 125106271  
Printed by   56410 at April 28, 2020

KLR-MHFS.000014

MERCY HOSPITAL FORT SMITH  
7301 Rogers Ave  
Fort Smith AR 72903-4100  

Ruloph, Kimberly L  
MRN: E1402145509, DOB: 9/23/1973, Sex: F  
Acct #: 74000567510  
ADM 4/15/2018, D/C 4/15/2018  

## All Notes (continued)

**Consults by Bradshaw, Jody A, MD at 4/15/2018  1:05 PM (continued)**    Version 2 of 2

| | | |
|---|---|---|
| GFR | >60 | >=60 mL/min/1.73 sq meter |
| GFR, AFRICAN AMERICAN | >60 | >=60 mL/min/1.73 sq meter |
| ANION GAP | 16 | 10 - 20 mmol/L |

**IMPRESSION:** Left knee dislocation

**PLAN:** Knee reduced under conscious sedation and proven with xray.  Still no doppler DP or PT.  Pulse ox 73 % great toe.  Knee immobilizer placed.  Likely vascular injury.  No vascular surgeon at Mercy this weekend.  Will get CT-angio and arrange transfer for vascular.

**Edit: Possibly do have vascular coverage, paged Dr Tigarsi and spoke with him.  He only does chest/cardiovascular work and recommends transfer for vascular surgeon.**

Electronically signed by Bradshaw, Jody A, MD at 4/15/2018  1:09 PM  
Electronically signed by Bradshaw, Jody A, MD at 4/15/2018  1:20 PM  

**Consults by Bradshaw, Jody A, MD at 4/15/2018  1:05 PM**    Version 1 of 2

Author: Bradshaw, Jody A, MD           Service: —                           Author Type: Physician  
Filed: 4/15/2018  1:09 PM              Date of Service: 4/15/2018  1:05 PM  Status: Signed  
Editor: Bradshaw, Jody A, MD (Physician)  
Related Notes:  Addendum by Bradshaw, Jody A, MD (Physician) filed at 4/15/2018  1:20 PM  

### HISTORY AND PHYSICAL

**NAME:** Kimberly L Horne                                              **DOB:** 9/23/1973  
**DATE:** 04/15/18  
**CHIEF COMPLAINT:**   Left knee dislocation  
**Chief Complaint**  
Patient presents with  
- Fall  
  *fall from standing position, left knee and lower extremity pain, progressive loss of sensation in L foot*

HPI: PT is a woman s/p fall from standing height at church today 1100.  She presented to ER with pain and cold foot.  No pulse found in ER, xrays show dislocation with tibia posterior.  Pt c/o severe pain.  
**FAMILY HISTORY:**  No family history on file.  
**SURGICAL HISTORY:**  
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| PT DENIES RELEVANT SURGICAL HISTORY | | |

**MEDICAL HISTORY:**  
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| Patient denies relevant medical history | |