| MERCY HOSPITAL FORT SMITH | Ruloph, Kimberly L |
|---|---|
| 7301 Rogers Ave | MRN: E1402145509, DOB: 9/23/1973, Sex: F |
| Fort Smith AR 72903-4100 | Acct #: 74000567510 |
| | ADM 4/15/2018, D/C 4/15/2018 |

## All Notes (continued)

**Consults by Bradshaw, Jody A, MD at 4/15/2018 1:05 PM (continued)**     Version 1 of 2

| | | |
|---|---|---|
| ALKALINE PHOSPHATASE | 63 | 35 - 104 U/L |
| AST | 19 | 0 - 32 U/L |
| ALT | 17 | <=33 U/L |
| GFR | >60 | >=60 mL/min/1.73 sq meter |
| GFR, AFRICAN AMERICAN | >60 | >=60 mL/min/1.73 sq meter |
| ANION GAP | 16 | 10 - 20 mmol/L |

**IMPRESSION:** Left knee dislocation

**PLAN:** Knee reduced under conscious sedation and proven with xray. Still no doppler DP or PT. Pulse ox 73 % great toe. Knee immobilizer placed. Likely vascular injury. No vascular surgeon at Mercy this weekend. Will get CT-angio and arrange transfer for vascular.

Electronically signed by Bradshaw, Jody A, MD at 4/15/2018 1:09 PM

**ED Notes by Thomas, Brandon S, RN at 4/15/2018 1:48 PM**     Version 1 of 1

| Author: Thomas, Brandon S, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 4/15/2018 1:48 PM | Date of Service: 4/15/2018 1:48 PM | Status: Signed |
| Editor: Thomas, Brandon S, RN (Registered Nurse) | | |

Pt to ct via bed

Electronically signed by Thomas, Brandon S, RN at 4/15/2018 1:48 PM

**ED Notes by Bannister, Kristina G, LPN at 4/15/2018 1:54 PM**     Version 1 of 1

| Author: Bannister, Kristina G, LPN | Service: — | Author Type: License Practical Nurse |
|---|---|---|
| Filed: 4/15/2018 1:58 PM | Date of Service: 4/15/2018 1:54 PM | Status: Signed |
| Editor: Bannister, Kristina G, LPN (License Practical Nurse) | | |

ATCC contacted @ 1312 Dr. Irwin @ Washington Regional accepted. Images uploaded in TIR. Transfer delayed due to further testing @ Dr. Request. FSEMS contacted @1347

Electronically signed by Bannister, Kristina G, LPN at 4/15/2018 1:58 PM

**ED Provider Notes by Pece, Kristin, MD at 4/15/2018 12:12 PM**     Version 1 of 1

| Author: Pece, Kristin, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 4/15/2018 2:04 PM | Date of Service: 4/15/2018 12:12 PM | Status: Signed |
| Editor: Pece, Kristin, MD (Physician) | | |

Procedure Orders
1. MODERATE SEDATION [387742284] ordered by Pece, Kristin, MD at 04/15/18 1354

### HISTORY OF PRESENT ILLNESS
Kimberly L Horne, a 44 y.o. female presents to the ED with a Chief Complaint of Fall

**EXHIBIT C**