**TRANSCRIPT**
**ARKANSAS TRAUMA CENTER CALLS**
**Re: Kimberly Ruloph  f/k/a Kimberly Horne**

# WAVE 1:

## April 15, 2018  13:12:26

**ATC:**  Arkansas Trauma Comm, this is Kat.

**MERCY FS:** Hey Kat, this is Shannon at Mercy – Fort Smith. We've got a little trauma for ya.

**ATC/KAT:**  Who's your doctor?

**MERCY:** It is Dr. Pece…but Dr. Bradshaw is going to be talking to the Doc, because he's like…the surgeon thing. But she's right here, and she's in another room.

**ATC/KAT:**  Okay, what time did the patient get to you?

**MERCY:** Uh, she got here at…. At 12:12.

**ATC/KAT:**  By EMS or POV?

**MERCY:**  Uh, EMS… Logan County.

**ATC/KAT:**  What's the trauma van number?

**MERCY:** It is…. B119970.

**ATC/KAT:**  And the name?

**MERCY:** It is… Kimberly Horne.

**ATC/KAT:**  J-U-A-M on the last name?

**MERCY:**  H-O-R-N-E

**ATC/KAT:**  And date of birth.

**MERCY:**  9-23-73.

**ATC/KAT:**  What's going on with her?

EXHIBIT D

**MERCY:**  Uh, she had a fall, and she has a pulse, she had dislocated the popliteal, but now it's got a pulseless left foot, and they can't get it back.

**ATC/KAT:**  Alright… and what kind of fracture is it?

**MERCY:**  Uh, she didn't have a fracture, she JUST dislocated the knee, and it caused…it caused some damage to where now she has no pulse in that foot.

**ATC/KAT:**  Okay…and ya'll's vascular surgeon doesn't… do that?

**MERCY:** (Interrupts) We don't have a vascular.

**ATC/KAT:**  Oh. Well, ya'll are showing that you do on the dashboard.

**MERCY:**  (To someone) We don't have a vascular surgeon, do we? She says that it's showing that we have one.

**MERCY:** (Someone in the background, but it's not audible…)

**MERCY:**  He said they do chest stuff.

**ATC/KAT:**  I don't know…

**MERCY:**  But it's showing that we do have one on here?

**ATC/KAT:**  Yeah…it's showing ya'll open for peripheral vascular and cardiac great vessel.

**MERCY:** Oooh… (To someone) Because it's showing that ours…does that… hang… let me call you right back, because we're going to see if ours will, Okay?

**ATC/KAT:**  Okay, that's fine.

**MERCY:** Alright, thanks.

**ATC/KAT:**  Alright, thanks.

**MERCY:** Bye.

HANGUP.

<span style="color:red">**April 15, 2018  13:14:49**</span>

**TRANSCRIPT**
**ARKANSAS TRAUMA CENTER CALLS**
**Re:  Kimberly Ruloph  f/k/a Kimberly Horne**

# WAVE 2:

## April 15, 2018  13:20:20

**ATC/KAT:**  Trauma Comm, this is Kat.

**MERCY:** Hey Kat, this is Shannon, our vascular only does chest. It's not in his skill set to do a pulseless foot.

**ATC/KAT:**  Alright. Let's see… what are her vitals?

**MERCY:**  Alright… let me go over here real quick…let's see…we have… let's see…temp: 97.6, heart rate 95, respiration is 12, we've got 132 over 78, 100% on 4 liters.

**ATC/ KAT:**  Alright. She was 97% on how many liters?

**MERCY:**  Four.

**ATC/KAT:**  Four, alright. GPS was 15?

**MERCY:**  Yep.

**ATC/ KAT:**  Has she been hypotensive at all

**MERCY:**  No. She's been a little hypertensive, but not hypo.

**ATC/KAT:**  Gotcha. Alright… Let me get ya connected to Washington Regional is going to be your next closest.

**MERCY:** Ok.

**ATC/KAT:**  So hang on one second for me…

**MERCY**: Ok.

(Recording heard:  This call may be recorded for quality, regulatory, or training purposes.)

(Hear Phone Ringing- Call placed to: **WASHINGTON REGIONAL**.

**NEXT LOCATION**:  **BED CONTROL(?)**, this is **Andrea**, how can I help you?

**ATC/KAT**:   Hey, this is Kat at AR Trauma Comm.  I've got a transfer for you at Mercy - Fort Smith.

**ANDREA**:  Mercy – Fort Smith…and patient's name please?

**ATC/KAT**:  The first name is Kimberly. Last name is Horne, it's H-O-R-N-E.

**ANDREA**:   What kind of problems is she having?

**ATC/KAT**:  She had a dislocated knee, and they've got it reduced, however, her foot is still pulseless.

**ANDREA:**  (To someone in the background.  "Can you give her a soda?")

**ANDREA:**  Which knee did you say?

ATC/KAT:  I believe it's the left.

**ANDREA:**  And the Doctor's name there?

**ATC/KAT**:  The ER Doctor is Dr. Pece. P-E-C-E-. They've also got their surgeon down there, Dr. Bradshaw.

**ANDREA:**  What is patient's date of birth?

**ATC/KAT**:  9-23 of 73.

**ANDREA:**  And her trauma band number?

**ATC/KAT**:  Is B119970.

**ANDREA:**  Alright, if you want to get Dr. Pece on the line, and I'll get our ER Doctor.

**ATC/KAT:**  Alrighty.

**ANDREA:**  We accept this this for Bed Control.

**ATC/KAT**:  Okay.

**( BRIEF HOLD MUSIC )**

Page **4** of **23**

**ER/ELIZABETH**: ER, this is Elizabeth, can I help you?

**BC/ANDREA**: Hi, this is Andrea in Bed Control, I have Trauma Comm on the line that needs to speak to one of our ER Doctors please.

**ER/ELIZABETH**: Okay, hold on.

**(TYPING....)**

**BC/ANDREA (?):** Are you still there, Kat?

**ATC/KAT**: Yeah, I'm still here.

**BC/ANDREA (?):** Okay.

**(WAITING...)**

**ATC/KAT**: If they come to the line in the next couple of seconds, I'm going to switch over and go ahead and have them get Dr. Pece. I don't know if they've, if they've got hold music or not, at Mercy – Fort Smith, so…

**BC/ANDREA**: Okay, alright, thanks.

**ATC/KAT**: Hey, Christina?

**CHRISTINA**: Yeah?

**ATC/KAT**: Do you want to go ahead and put Dr. Pece, or Dr. Bradshaw on? They are getting their Doctor for ya.

**CHRISTINE:** Okay. Okay, I'll put them on right now.

**ATC/KAT**: Ok.

**(HOLD MUSIC)**

**DR. IRWIN:** This is Dr. Irwin. (As Hold Music still plays)

**BC/ANDREA (?):** Hi Dr. Irwin. This is Andrea in Bed Control. We have Trauma Comm on the line that needs to get their Doctor. Um, it's a patient coming from Fort Smith, um, from Fort Smith - Mercy, with a dislocated knee. They said they got it back in place, but the foot is still pulseless, so they're wanting to transfer her up here.

**DR. IRWIN**: Okay… um, Did, okay. Alrighty…

**DR. BRADSHAW:  Hello?**

**DR. IRWIN**:  Do…

**BC/ANDREA (?):**  Hello? Is this Dr. Bradshaw?

**DR. BRADSHAW:**  This is he.

**BC/ANDREA (?):**  Hey, I'm going to connect you to ….. (can't make it out)

**(While Andrea is talking and while Hold Music is still playing)**

**DR. IRWIN (?)**:  Do you know if this is… do we have ICU bags?

**SOMEONE:**  Yes.

**DR. IRWIN (?):**  Okay, great. Do we have cardiovascular surgeons?

**SOMEONE:**  Yes we do.

(BREAK IN RECORDING)

**SOMEONE:**  Alright, I've got Dr. Bradshaw for ya…he's a surgeon that's seen Ms. Horne.

**DR. IRWIN (?):**  Okay, alrighty.  Hi, this is Robert Irwin.

**DR. BRADSHAW:**  Hey, this is Jody Bradshaw, how are you doing?

**DR. IRWIN (?):**  Uh huh. I'm good.

**DR. BRADSHAW**:  This lady, she's forty-four, she slid and fell at church at 11:00 a.m., had a knee dislocation, um… came in here with a cold pulseless foot. I came in and we gave her some proqual and reduced her knee, but still no flow to the foot, no Doppler pulse…we're getting a CT Angiogram, but we don't have a vascular surgeon capable of repairing anything…

**DR. IRWIN**:  Okay… alrighty…Okay, well… we will take…do you have the results of the um, um, Angiogram?

**DR. BRADSHAW**:  No, she's on the way to it…You know, I don't have that back, um.

**DR. IRWIN**:  Okay.

**DR. BRADSHAW**: I mean, but she's still got no doralis or post tib and she's reduced, so she's going to have an injury.

**DR. IRWIN**:   Okay.  What kind of dislocation did she have? What, which way did it...

**DR. BRADSHAW**:  The tibia went anterior.

**DR. IRWIN**:  Uh huh, okay... alrighty. Well, okay.  No other injuries?

**DR. BRADSHAW**:  No, no. She's um, otherwise, no other injuries. She's...

**DR. IRWIN**:  Okay.

**DR. BRADSHAW**:  Got a couple of health problems. Uh, her lab looks okay, umm...

**DR. IRWIN**:  She just fell at church?

**DR. BRADSHAW**:  Yeah, tripped and fell from a standing height. She's a heavy lady, um, yeah...

**DR. IRWIN**:  Okay.

**DR. BRADSHAW**:  Standing height fall.

**DR. IRWIN**:  Well, what other medical problems does she have besides obesity?

**DR. BRADSHAW**:  She has Type 2 Diabetes, hypertension, the standard...um, but nothing crazy.

**DR. IRWIN**:  Okay, alright. Okay.  Well, alrighty, if you could just um, send her imaging with you and, um, and I guess just let us know if somehow if the flow starts back in her leg, (laugh)...  uh, you know, if you're not going to send her, just let us know, but that's fine... we'll take her.

**DR. BRADSHAW**:  Okay, I appreciate ya.

**DR. IRWIN**:  Alright, see ya. Bye bye.

**DR. BRADSHAW**:  Bye bye.

   **(Doctors hang up)**

**ATC/KAT**:  Hello, are you still there?

**BC/ANDREA**: Bed Control still is.

**ATC/KAT**:  Okay. Who is the Doctor for ya'll? I missed his name.

**BC/ANDREA**:  It was Dr. Irwin.

**ATC/KAT**:  Dr. Irwin. Okay, thank you so much.

**BC/ANDREA**:  You're welcome. Oh, is she coming ground, or air, do you know?

**ATC/KAT**:  They did not say, one way or the other. I wouldn't be surprised if she didn't come air, but if they tell us beforehand I'll let ya'll know.

**BC/ANDREA**: Okay, thank you, Kat.

**ATC/KAT**:   Thanks.

**BC/ANDREA**: Okay, bye bye.

**ATC/KAT**:  Okay, bye.

**(END OF CALL)**

**APRIL 15, 2018          13:28:44**

**ARKANSAS TRAUMA CENTER CALLS**
**Re:  Kimberly Ruloph  f/k/a Kimberly Horne**

# WAVE 3:

**April 15, 2018  15:12:09**

**ATC/KAT**:  Arkansas Trauma Comm, this is Kat.

**WR-ER/ELIZABETH**:  Hey, can you hold on for one second, I'm sorry... (talking to another trauma van)... hey, re-route that one, this one's going to thirteen.

**WR-ER/ELIZABETH**: Hey, this is Elizabeth at Washington Regional in the ER, um, we are getting a patient from Mercy- Fort Smith by the name of Kimberly Horne.

**ATC/KAT**:  Uh-huh.

**WR-ER/ELIZABETH**: Um, our surgeon just looked at the...the angio of the foot, and says that we are not gonna be able to do that surgery. Um, I called Fort Smith to see if maybe they could come back to Fort Smith and re-route to Little Rock or somewhere else that was going to be able to take that patient, and they said "No", that they are on their way here, and should be here any time, so, I was calling you to see where you wanted me to send that patient because we won't be able to take care of them once they get here.

**ATC/KAT**:  Did your surgeon happen to say why he wouldn't be able to...

**WR-ER/ELIZABETH**: He says that based on the scans with the, um...contrast, that it was going to require an orthopedic also with an external fixation, and then the blood vessel repaired... He said it was way more complicated and in depth than we were going to be able to do, so...

**ATC/KAT**:  Okay. (sigh) Um... so we don't know how far away they are from ya'lls facility?

**WR-ER/ELIZABETH**: They, when we talked to the charge nurse, they said, maybe five minutes ago, she said that they were closer to me than her. And it's only an hour drive from us to Fort Smith. (To someone else: "Where did you put that overdose?")

**ATC/KAT**:  I gotcha. Okay. Um, hang on two seconds and let me call and see how we need to do this...

**WR-ER/ELIZABETH**: Okay.

**ATC/KAT**:  This is a first one for me…

**WR-ER/ELIZABETH**: I know, me to. I have never done one…

 **ATC/KAT**:  Give me your number…

**WR-ER/ELIZABETH**: Yes ma'am. My name's Elizabeth. It's 479-463-1104.

 **ATC/KAT**:  Alright, let me call and figure out how we need to do this and I will call you back and we'll figure something out.

**WR-ER/ELIZABETH**: Okay. Alright, you just let me know.

 **ATC/KAT**:  Okay, thanks. Bye.

**WR-ER/ELIZABETH**: Alright, bye.

     **(CALL ENDS)**

**April 15, 2018   15:14:35**

**ARKANSAS TRAUMA CENTER CALLS**
**Re:  Kimberly Ruloph  f/k/a Kimberly Horne**

# WAVE 4:

## April 15, 2018  15:14:35

**JEFF**:         This is Jeff.

**ATC/KAT**:  I have a crazy question.

**JEFF:**         Alright.

**ATC/KAT**:  So, I did a transfer from Mercy – Fort Smith, um, to Washington Regional for a vascular issue…apparently Mercy's guy only does chest vascular stuff…

**JEFF**:         Oh, wow.

**ATC/KAT**:  Not leg vascular stuff…

**JEFF**:         Oh, wow.

**ATC/KAT**:  So, Washington Regional accepted. NOW, the patient has already left Mercy's facility, the surgeon at Washington Regional looked at some images or whatever, and said, "By the way, they won't be able to do it as it is more than they can handle…but the patient is at least half way to Washington Regional and Washington Regional is wanting to know, from us, where they need to tell the patient to go. So do we do this as just a…another transfer from Washington Regional? Or…

**JEFF**:         Yeah, um…

**ATC/KAT**:  And do we wait…

**JEFF:**         Um, what kind of images…

**ATC/KAT**:  Apparently it was like a CTA…I know they did a CTA.

**JEFF**:         Oh, yeah.

**ATC/KAT**:  It's…they…she doesn't even have a fracture. She had a dislocated knee, and when they put it back in place, she still had no pedal or Doppler pulse.

**JEFF**:          I gotcha. Umm……. Yeah, I think we're just going to have to let the patient get there and be evaluated, and get the screening, and then, and then it will just be a double-transfer… I think that's the better thing to do.

**ATC/KAT**:  Okay.

**JEFF:**          Yeah…

**ATC/KAT**:  And then, this is…she…she's been this way…she came to Mercy – Fort Smith at 12:12.

**JEFF**:          Yeah, because we don't know that ground EMS is going to Little Rock or to Springdale, Springfield, so…

**ATC/KAT**:  Yeah, and that's…see, Mercy – Fort Smith called Johnny, and then I got Washington Regional called.

**JEFF**:          Yeah.

**ATC/KAT**:  Mercy wanted to see if, if they should turn them around and then come to Little Rock, but where they could, they are still going to be closer to Springfield.

**JEFF**:          Hmm…yeah, I would say just let them go there…to Washington Regional, to evaluate once they get there, and go from there.

**ATC/KAT**:  Okay.

**JEFF**:   Alright?

**ATC/KAT**: Alright.

**JEFF**:  Good luck.

**ATC/KAT**:  Okay.

          **(END OF CALL)**

**April 15, 2018   15:17:08**

### ARKANSAS TRAUMA CENTER CALLS
### Re:  Kimberly Ruloph  f/k/a Kimberly Horne

# WAVE 5:

**April 15, 2018  15:17:22**

**(This call may be recorded for quality, regulatory, or training purposes.)**

**WASH REGIONAL-ER:   ER, Tara.**

**ATC/KAT**:  Hey, it's Kat with Trauma Comm. Can I holler at Elizabeth.

**WR-ER/ TARA**:   Yeah. One second…

**(Hold Music)**

**WR-ER/ELIZABETH**: This is Elizabeth.

**ATC/KAT**: Hey, it's Kat with Trauma Comm. So I called our, our Program Director, um, person, and asked him how best to do this …

**WR-ER/ELIZABETH**: Uh-huh.

**ATC/KAT**: And he said that since they are probably closer to ya'll, and technically I've already…I know ya'll can't handle the injury, but technically have already been accepted, it's probably best to let them get there, um, ya'll do your initial screen, or whatever…

**WR-ER/ELIZABETH**:  Okay…

**ATC/KAT**: And then transfer from there if needed.  And he said it's just gonna come out to be a double-transfer, but that's the best way that…to do it.

**WR-ER/ELIZABETH**: W-H-E-R-E would you like us to transfer to?

**ATC/KAT**: Uh…it's probably going to have to be Mercy – Springfield.

**WR-ER/ELIZABETH**:  Mercy – Springfield? Okay…

**ATC/KAT**: Yeah, because if ya'll are saying you can't do it,

**WR-ER/ELIZABETH**: Because our surgeon jaggers are saying Little Rock, but we usually ship to Springfield from here, so…

**ATC/KAT**:  Yeah, and honestly, I don't think that there's anything that Little Rock can do OVER Springfield... I think they're pretty much equal in that respect, so, um, Springfield is going to be a heck of a lot closer.

**WR-ER/ELIZABETH**: Yes, it will be.

**ATC/KAT**: So, if she's still not really got a pulse in that leg, I hate to bring her three hours this way as opposed to one and a half that way.

**WR-ER/ELIZABETH**:  Perfect. Okay, so I will tell our ER Doc, and do I need to call you back if we end up going somewhere? Or decide to go somewhere? Are you for sure telling me Mercy – Springfield?

**ATC/KAT**:  Yes ma'am.  If ya'll will, we'll get you set up with them and that way we'll...

**WR-ER/ELIZABETH**:  So I'll let our physician eval, and then I will give you a call.

**ATC/KAT**: Okay, that'll work.

**WR-ER/ELIZABETH**: Thank you.

**ATC/KAT**:  Thanks. Bye.

**WR-ER/ELIZABETH**: Bye.

<span style="color:red">**(End of Call)**</span>

<span style="color:red">**April 15, 2018   15:19:24**</span>

**ARKANSAS TRAUMA CENTER CALLS**
**Re:  Kimberly Ruloph  f/k/a Kimberly Horne**

# WAVE 6:

### April 15, 2018  15:50:38

**ATC/KAT**:  Trauma Comm, this is Kat.

**WR-ER/ELIZABETH**: Hey Kat, it's Elizabeth at Regional again. So we just received that patient, and, um, that CT showed there was absolutely no pulse, actually no blood-flow into the left foot period, so we will be transferring her out.

**ATC/KAT**:  Alrighty.

**WR-ER/ELIZABETH**:  She JUST got here.

**ATC/KAT**:  Okay…let's see…so just at like, 15:50?

**WR-ER/ELIZABETH**: Yeah, like they just got her in the room… I just walked them back there and came back and called you.

**ATC/KAT**:  Okay. Was it Fort Smith EMS that brought her in?

**WR-ER/ELIZABETH**:   Yes ma'am.

**ATC/KAT**:  Okay. Alrighty… (typing)…so…let me…got everything copied. So do ya'll have a recent set of vitals on her? Have ya'll gotten that far yet?

**WR-ER/ELIZABETH**: Uh, no… I don't think they've gotten that far yet.

**ATC/KAT**:  Okay, no, that's fine. Um…

**WR-ER/ELIZABETH**:  Sorry, they're on the other side of the ER.

**ATC/KAT**:  No, that's fine. Let me go ahead and…

**WR-ER/ELIZABETH**: I'm looking up at the screen, but she's not hooked up just yet.

**ATC/KAT**:  Okay. Let me go ahead and get you connected to Mercy – Springfield. Um… who is ya'll Doctor?

**WR-ER/ELIZABETH**:  Irwin. I-R-W-I-N.

**ATC/KAT**:  Alright.  Let me get you connected to them, and once I get them on the line, they're going to want to talk to him, so don't let him slip too far away.

**WR-ER/ELIZABETH**: Okay, alright.

**ATC/KAT**:  Hang on one second…. (calling Mercy)…

**MERCY-SP ER/NANCY**:   Mercy – Springfield ER, this is Nancy, may I help you?

**ATC/KAT**: Hey, this is Kat with Trauma Comm. I got a transfer for you.

**MERCY-SP ER/NANCY**: Okay, hold on just a second.

**ATC/KAT:** Alrighty… (Hold Music playing)…

**DR. SHEPPARD**:  This is Dr. Sheppard.

**ATC/KAT**: Hey Dr. Sheppard, this is Kat with Trauma Comm. Got a patient from Washington Regional, a forty-four year old female. She took a fall, dislocated her knee, um…went to hospital and they have got it reduced, however, she still doesn't have a pulse in the left foot. Um… did a CTA and apparently there was absolutely no blood-flow to that foot, um, so

**DR. SHEPPARD**:  Obviously no pulse.

**ATC/KAT**:  Yeah. (laughs). Funny how that works. Um, I can get you on the phone with Dr. Irwin if you want to talk to him.

**DR. SHEPPARD**:  Okay, yeah. They need to just send her after they've dislocated the knee, and…got it back, but anyway…

**ATC/KAT**: And this one's kind of a special one. She actually came from Mercy – Fort Smith, we got her accepted at Washington Regional, she JUST arrived to Washington Regional, and they re-evaluated it, and apparently their surgeon looked ahead before she got there, and said this was more than he could handle.

**DR. SHEPPARD**: Yeah, it needs a vascular surgeon. Uh…so, tell me the Doc's name, sorry.

**ATC/KAT**: Uh, the Doctor at Washington Regional is Dr. Irwin. I-R-W-I-N.

**DR. SHEPPARD**:  I-R-W-I-N. Okie Dokie….and the patient's name?

**ATC/KAT**: Do what now? I'm sorry.

**DR. SHEPPARD**:  The patient's name.

**ATC/KAT**:  Yeah, it is Kimberly Horne, is the last name, and it's  H-O-R-N-E.

**DR. SHEPPARD**: Okay, and you will be sure they will upload all those films… so we don't have to do another…

**ATC/KAT**:  Yeah, I will have <mark>TIR</mark> push them all to ya'll.

**DR. SHEPPARD**:  That would be awesome. Alright, let me talk to him if he needs to, otherwise just send her up, I don't, I mean…I'm happy to

**ATC/KAT**: Okay, I can do it either way, I can connect you to him, or we can just have him call your nurse and for a report.

**DR. SHEPPARD**:  If you want to get him on the line, I will talk to him, Okay?

**ATC/KAT**: Yeah, yeah. Hang on… (Reconnects with Elizabeth at Washington Regional by phone)…

**WR-ER/ELIZABETH**:  I am on hold with…

**ATC/KAT**:   Hey Elizabeth, I've got you on with Dr. Sheppard. Will you grab Dr. Irwin?

**WR-ER/ELIZABETH**:  Yeah, he's right here.

**DR. SHEPHARD**:  If he doesn't need to talk to me, he can just send the lady up, if ya want.

**WR-ER/ELIZABETH**:  Just send em up? Dr. Irwin, he said you don't need to talk to him, you can just send em up if you want.

**DR. IRWIN**:  To Mercy?

**WR-ER/ELIZABETH**:  Mercy – Springfield, yes sir.

**DR. IRWIN**:  Can you make the arrangements?

**WR-ER/ELIZABETH**:   Yes sir, I will.

**DR. SHEPPERD**:  Are they flyable today?

**WR-ER/ELIZABETH**: Um, I can look and see who is flyable, but yes, I would rather her fly

**DR. SHEPPERD**: Yeah, I would totally agree with that. I bet the freezing level is going to screw up even the IFR stuff... but anyway, send her up.

**WR-ER/ELIZABETH**: I will. Can you tell me what your name was again sir? I'm sorry.

**DR. SHEPPARD**: S-H-E-P-P-A-R-D.

**WR-ER/ELIZABETH**: Alright, thank you.

**DR. SHEPPARD**: Hey, don't forget to upload all the films. I know you will but...

**WR-ER/ELIZABETH**: They are all on the ==Treller== depository, we actually don't even have any. They are all on the ==Treller== depository.

**DR. SHEPPARD**: Okie Dokie. And, I guess you don't have to tell them they're coming to us, I don't know... alright, figure it out.

**WR-ER/ELIZABETH**: Alright, thank you, sir.

**DR. SHEPPARD**: Thank you.

**WR-ER/ELIZABETH**: Bye.

**DR. SHEPPARD**: Bye.

**ATC/KAT**: Hey Elizabeth?

**WR-ER/ELIZABETH**: Yes ma'am.

**ATC/KAT:** If ya'll will...

**WR-ER/ELIZABETH**: Can you spell that again for me? (Laughs) I couldn't catch what he was saying.

**ATC/KAT**: Yeah. His phone was kinda cutting out. It's S-H-E-P-P-A-R-D.

**WR-ER/ELIZABETH**: Okay. I got the P-P-A-R-D, and I was like, I feel like there is other letters. (laughs)

**ATC/KAT**: Yeah. (laughs) If ya'll will just give me a call back once she leaves, with the EMS times, and I will…

**WR-ER/ELIZABETH**:  Okay, and how does that work? Can they see the images still from Mercy – Fort Smith?

**ATC/KAT**: I will notify TIR that the patient is going to move from ya'lls facility to theirs, though it should be just like any other transfer, they'll put the images…

**WR-ER/ELIZABETH**: Okay, perfect. Alright, that's perfect.

**ATC/KAT**: Alrighty.

**WR-ER/ELIZABETH**: Alright, I'll let you know who we figure out to fly.

**ATC/KAT**: Okay. Thanks. Bye.

**WR-ER/ELIZABETH**: Thanks. Bye.

<span style="color:red">**(END OF CALL)**</span>

<span style="color:red">**April 15, 2018  15:56:34**</span>

**ARKANSAS TRAUMA CENTER CALLS**
**Re:  Kimberly Ruloph  f/k/a Kimberly Horne**

# WAVE 7:

### April 15, 2018  16:03:44


**ATC/KAT**:  Trauma Comm, this is Kat.

**WR-BC/ANDREA**: Hey Kat, this is Andrea at Washington Regional. You know that one that I took earlier, for um… it was out of Mercy, it was a Horne was the last name. Kimberly Horne. She was a fall.

**ATC/KAT**:  Uh-huh.

**WR-BC/ANDREA**: When she actually got here, they checked her in under a different name, and I didn't know if you guys needed to know that?

**ATC/KAT**:  Uh-ohhh. Is Emily, I mean…Kimberly Horne NOT her name?

**WR-BC/ANDREA**: It's NOT her name. Her last name..they…they put her in here as is R-U-L-O-P-H.

**ATC/KAT**:  O-P-H… Okay.

**WR-BC/ANDREA**: So I don't know if maybe her insurance card or something was different, but that's what they checked her in under…and I didn't know if our paperwork needed to match, or what, but…

**ATC/KAT**:   Yeah, umm… it does…umm, I'm trying to think how I'm going to do this on…so, is that paperwork that came from Mercy – Fort Smith?

**WR-BC/ANDREA**: Um, N… I didn't get anything…it's how they checked her into our ER…

**ATC/KAT**:  Oh, I gotcha.

**WR-BC/ANDREA**: is with that last name.

**ATC/KAT**:   Okay, I gotcha.

**WR-BC/ANDREA**: Ok.

**ATC/KAT**:   Alright, thank you very much.

**WR-BC/ANDREA**: Thank you, bye bye.

**ATC/KAT**:   Bye.

**(END OF CALL)**

**April 15, 2018  16:04:50**

**ARKANSAS TRAUMA CENTER CALLS**
**Re:  Kimberly Ruloph  f/k/a Kimberly Horne**

# WAVE 8:

**April 15, 2018  16:53:42**


**ATC/KAT**:  Arkansas Trauma Comm, this is Kat.

**WR-ER/TARA:** Hey Kat, it's Tara at Washington Regional.

**ATC/KAT**:  Yes.

**WR-ER/TARA:** I have a time for you.

**ATC/KAT**:  I'm ready.

**WR-ER/TARA**:  Okay, so… I had to contact three different aircrafts.

**ATC/KAT**:  Okay.

**WR-ER/TARA**: Do you want all of them? Or just the one that accepted?

**ATC/KAT**:  No, just the one that…actually transported.

**WR-ER/TARA**: Okay, so, Air Methods was contacted at 16:12…

**ATC/KAT**:  Okay.

**WR-ER/TARA**: Accepted at 16:14… arrived at 16:29

**ATC/KAT**:  Alright.

**WR-ER/TARA**: And departed at 16:53

**ATC/KAT**:  Alright, we've got ya down.

**WR-ER/TARA**: And that's Air Methods 3.

**ATC/KAT**:  The one out of Rogers?

**WR-ER/TARA**:  Uh-huh.

**ATC/KAT**:  Alright.

**WR-ER/TARA**:  MedFlight 3… whatever… thank you.

**ATC/KAT**:  Thank you.

**WR-ER/TARA**:  Bye.

**ATC/KAT**:  Bye.


**(END OF CALL)**

**April 15, 2018  16:54:26**