## EXHIBIT E:

## AUDIO RECORDING OF TELEPHONE CONVERSATION BETWEEN DR. PECE AND DR. IRWIN PRODUCED BY LAMMICO

## (ON FILE WITH THE CLERK'S OFFICE)

**EXHIBIT E**