TRANSCRIPT TO PHONE CALL

**04/15/2018 CALL – 2:44 p.m.**

| | |
|---|---|
| Dr. Robert Irwin: | This is Dr. Irwin. |
| Dr. Kristin Pece: | Dr. Irwin, Dr. Pece at Mercy Hospital in Fort Smith. You probably talked to our orthopedic doctor earlier about um Ms. Horn, Kimberly Horn with a popliteall artery injury and the dislocated knee. |
| Dr. Irwin: | Uh-huh. |
| Dr. Pece: | Well she's come back from CTA, we're about to transport her now. The radiologist just called me and he said that um there is no flow down below but she is actively extravasating into a hematoma- |
| Dr. Irwin: | Okay, sorry. |
| Dr. Pece: | -behind the knee. |
| Dr. Irwin: | So no flow past the knee? |
| Dr. Pece: | Mmhmm. |
| Dr. Irwin: | Okay, alright. |
| Dr. Pece: | And he says there's like, thousands of images so she's not gonna leave with a disc, they're still forming. We want to get her on the road.– |
| Dr. Irwin: | Okay, ummm. |
| Dr. Pece: | -Her blood pressure is good. 137 over 83. Her heart rate is about 105. Umm, she is in pain still. We've given multiple doses of fentanyl and some morphine. |
| Dr. Irwin: | Uhhmm. Okay, alright. |
| Dr. Pece: | At this point she didn't- her PTT and INR were normal. In fact her PTT was even a little low, not high. Ummm. So, there was nothing to reverse in terms of coagulation. |
| Dr. Irwin: | Umm okay, alright. Do you want to just put them on the trauma image repository? |
| Dr. Pece: | Yeah, we will. |
| Dr. Irwin: | Okay. Alright. |

**EXHIBIT F**

1

## TRANSCRIPT TO PHONE CALL

| | |
|---|---|
| Dr. Pece: | In terms of the active hematoma, they're ready to go out the door. It would take quite a few minutes to get any emergent blood to just send with them on board. But, again her blood pressure is great.   Her heart rate is 108- |
| Dr. Irwin: | Yeah just go ahead and send her. |
| Dr. Pece: | Okay perfect. |
| Dr. Irwin: | Alright. And if you could just put her lab in there, that would help out, too. |
| Dr. Pece: | Okay. Thank you. |
| Dr. Irwin: | Thank you, bye. |
| Dr. Pece: | Thanks, bye bye. |

2233789-v1