| MERCY HOSPITAL FORT SMITH | Ruloph, Kimberly L |
|---|---|
| 7301 Rogers Ave | MRN: E1402145509, DOB: 9/23/1973, Sex: F |
| Fort Smith AR 72903-4100 | Acct #: 74000567510 |
| | ADM 4/15/2018, D/C 4/15/2018 |

## All Other Orders and Results (continued)

### INTAKE AND OUTPUT [387737558]

| Electronically signed by: | **Cowsert, Donnyel D, RN on 04/15/18 1301** | Status: | **Cancel Held** |
|---|---|---|---|
| Ordering user: | Cowsert, Donnyel D, RN 04/15/18 1301 | Ordering provider: | Stoll, Barry K, DO |
| Authorized by: | Stoll, Barry K, DO | Ordering mode: | Scope of Practice - No Cosign Required |
| Frequency: | Routine q 4 hour 04/15/18 1600 - 3 days | | |
| Canceled by: | PROVIDER, DISCHARGE PATIENT 04/15/18 1655 | | |
| Order comments: | Virtual Sepsis Unit Admission: I/O Q 4 hrs x 72 hrs if not already being done more frequently. | | |

### POC PREGNANCY, URINE [387737562]

| Electronically signed by: | **Pece, Kristin, MD on 04/16/18 0926** | Status: | **Completed** |
|---|---|---|---|
| Mode: | Ordering in Verbal with readback mode | Communicated by: | Thomas, Brandon S, RN |
| Ordering user: | Thomas, Brandon S, RN 04/15/18 1321 | Ordering provider: | Pece, Kristin, MD |
| Authorized by: | Pece, Kristin, MD | Ordering mode: | Verbal with readback |
| Lab status: | Final result | Instance released by: | Thomas, Brandon S, RN (auto-released) 4/15/2018 1:21 PM |

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Urine | — | 04/15/18 1321 |

Resulted: 04/15/18 0000, Result status: Final result

**POC Pregnancy, Urine [387737562]**

| Ordering provider: | Pece, Kristin, MD 04/15/18 1321 | Order status: | Completed |
|---|---|---|---|

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Urine | — | 04/15/18 1321 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HCG QUAL URINE | Negative | Negative | — | — |
| INTERNAL KIT QC | Pass | Pass | — | — |
| KIT LOT NUMBER | 7,120,055 | — | — | — |
| KIT EXPIRATION DATE | 11-13-19 | — | — | — |

### ED EXTERNAL TRANSFER OUT TO [387737566]

| Electronically signed by: | **Pece, Kristin, MD on 04/15/18 1337** | Status: | **Completed** |
|---|---|---|---|
| Ordering user: | Pece, Kristin, MD 04/15/18 1337 | Ordering provider: | Pece, Kristin, MD |
| Authorized by: | Pece, Kristin, MD | Ordering mode: | Standard |
| Instance released by: | Pece, Kristin, MD (auto-released) 4/15/2018 1:37 PM | | |

**Questionnaire**

| Question | Answer |
|---|---|
| External Transfer To | wash regional for vascular surgery via trauma com arrangemens |

### MODERATE SEDATION [387742284]

| Electronically signed by: | **Pece, Kristin, MD on 04/15/18 1354** | Status: | **Completed** |
|---|---|---|---|

