MERCY HOSPITAL FORT SMITH
7301 Rogers Ave
Fort Smith AR 72903-4100

Ruloph, Kimberly L
MRN: E1402145509, DOB: 9/23/1973, Sex: F
Acct #: 74000567510
ADM 4/15/2018, D/C 4/15/2018

## Flowsheet (all recorded)

### Acuity - Sun April 15, 2018

| Row Name | 1214 | 1218 |
|---|---|---|
| **Triage Acuity** | | |
| ESI | 3 Urgent  -BT | 3 Urgent  -BT |
| Is patient here for routine psych/medical clearance? | — | No  -BT |
| Trauma | 3  -BT | 2  -BT |
| Trauma Band Number | b119970  -BT | b119970  -BT |
| To: | TX Room  -BT | TX Room  -BT |
| Recorded by | [BT] Thomas, Brandon S, RN | [BT] Thomas, Brandon S, RN |
| | | |
| **Quick Assessment** | | |
| Airway | Patent  -BT | Patent  -BT |
| Breathing Effort | Spontaneous;Non-Labored  -BT | Spontaneous;Non-Labored  -BT |
| Pulses Palpable | Yes  -BT | Yes  -BT |
| Skin/Color | Warm;Dry;Pink  -BT | Pink;Warm;Dry  -BT |
| Bleeding | No  -BT | No  -BT |
| Level of Consciousness | Awake/Alert;Oriented X 4  -BT | Awake/Alert;Oriented X 4  -BT |
| Recorded by | [BT] Thomas, Brandon S, RN | [BT] Thomas, Brandon S, RN |

### Acute Care Transfer - Sun April 15, 2018

| Row Name | 1351 |
|---|---|
| **Transfer Indication** | |
| Choose medically indicated or patient requested | Medically indicated transfer  -KP |
| Recorded by | [KP] Pece, Kristin, MD |
| | |
| **Transfer Documentation** | |
| Patient's Condition | Stable  -KP |
| Transfer Refused? | No  -KP |
| Recorded by | [KP] Pece, Kristin, MD |
| | |
| **Transfer Requirements** | |
| Transfer | Patient has |

**EXHIBIT I**

MERCY HOSPITAL FORT SMITH
7301 Rogers Ave
Fort Smith AR 72903-4100

Ruloph, Kimberly L
MRN: E1402145509, DOB: 9/23/1973, Sex: F
Acct #: 74000567510
ADM 4/15/2018, D/C 4/15/2018

## Flowsheet (all recorded) (continued)

### Acute Care Transfer - Sun April 15, 2018 (continued)

| Row Name | 1351 |
|---|---|
| Requirements | received a medical screening;Patient is not in active labor;Patient has been stabilized within the capabilities of the transferring facility;Patient to be transferred with required personnel / equipment;Receiving facility has agreed to accept transfer and to provide appropriate medical treatments;Receiving facility has available space and qualified personnel for the treatment of the patient;Risks and benefits of transfer explained to patient;Risks and benefits of transfer explained to patient's representative -KP |
| Transfer Benefits | Availability of specialty care  -KP |
| Transfer Risks in ADDITION TO General Risks which include: Worsening condition, death, MVA, cardiac arrest, delay in care secondary to road conditions, mechanical breakdown, and weather. | Change in condition / vital signs;Vehicle accident;Cardiac arrest;Death  -KP |
| Patient Specific | vacular surgery |

MERCY HOSPITAL FORT SMITH
7301 Rogers Ave
Fort Smith AR 72903-4100

Ruloph, Kimberly L
MRN: E1402145509, DOB: 9/23/1973, Sex: F
Acct #: 74000567510
ADM 4/15/2018, D/C 4/15/2018

## Flowsheet (all recorded) (continued)

### Acute Care Transfer - Sun April 15, 2018 (continued)

| Row Name | 1351 |
|---|---|
| Expected Benefits Of Transfer | -KP |
| Transferring Physician | pece and bradshaw -KP |
| Accepting Facility | WASH REG -KP |
| Type Of Facility | Acute care hospital -KP |
| Date Transfer Accepted | 04/15/18 -BT |
| Time Transfer Accepted | 1357 -BT |
| Accepting Physician | irwin -KP |
| Date Physician Accepted | 04/15/18 -BT |
| Time Physician Accepted | 1357 -BT |
| Caregiver Giving Report | Brandon RN -BT |
| Date Report Given | 04/15/18 -BT |
| Time Report Given | 1357 -BT |
| Caregiver Receiving Report | Elizabeth RN -BT |
| Receiving Unit at Accepting Facility | Emergency department -BT |
| Recorded by | [BT] Thomas, Brandon S, RN [KP] Pece, Kristin, MD |

### Details Of Transfer

| | |
|---|---|
| Mode Of Transfer | Advanced life support ambulance -BT |
| Copy of this transfer form will be sent with patient along with: | Demographic sheet;EKG copy;Lab results;Emergency Dept Record;X-Ray / MRI / CT reports;AVS;Transfer Consent -BT |
| Ambulance Service | FORT SMITH E -BT |
| Recorded by | [BT] Thomas, Brandon S, RN |

MERCY HOSPITAL FORT SMITH
7301 Rogers Ave
Fort Smith AR 72903-4100

Ruloph, Kimberly L
MRN: E1402145509, DOB: 9/23/1973, Sex: F
Acct #: 74000567510
ADM 4/15/2018, D/C 4/15/2018

## Flowsheet (all recorded) (continued)

### Acute Care Transfer - Sun April 15, 2018 (continued)

| Row Name | 1351 | |
|---|---|---|

#### Vital Signs and Notifications

| Vital Signs Documented? | Yes -BT |
|---|---|
| House Supervisor Notified Of Transfer? | Not applicable -BT |
| Recorded by | [BT] Thomas, Brandon S, RN |

### Adult Screening Questions - Sun April 15, 2018

| Row Name | 1232 |
|---|---|

#### Immunization History

| Immunizations | Up to date;Tetanus >5 years -BT |
|---|---|
| Recorded by | [BT] Thomas, Brandon S, RN |

#### MDRO

| Have you been treated for MRSA, VRE, or C- Diff in the past 12 months? | No -BT |
|---|---|
| Recorded by | [BT] Thomas, Brandon S, RN |

#### Nutritional Assessment

| Significant Weight Changes | None -BT |
|---|---|
| Nutritional Interventions | Not following special diet -BT |
| Recorded by | [BT] Thomas, Brandon S, RN |

#### Domestic Concerns (We ask everyone about violence and abuse)

| Are you in a relationship with someone who hurts you emotionally and/or physically? | No -BT |
|---|---|
| Recorded by | [BT] Thomas, Brandon S, RN |

#### Functional Assessment