| MERCY HOSPITAL FORT SMITH | Ruloph, Kimberly L |
|---|---|
| 7301 Rogers Ave | MRN: E1402145509, DOB: 9/23/1973, Sex: F |
| Fort Smith AR 72903-4100 | Acct #: 74000567510 |
| | ADM 4/15/2018, D/C 4/15/2018 |

## All Notes (continued)

**Consults by Bradshaw, Jody A, MD at 4/15/2018  1:05 PM (continued)**  Version 1 of 2

| | | |
|---|---|---|
| ALKALINE PHOSPHATASE | 63 | 35 - 104 U/L |
| AST | 19 | 0 - 32 U/L |
| ALT | 17 | <=33 U/L |
| GFR | >60 | >=60 mL/min/1.73 sq meter |
| GFR, AFRICAN AMERICAN | >60 | >=60 mL/min/1.73 sq meter |
| ANION GAP | 16 | 10 - 20 mmol/L |

**IMPRESSION:** Left knee dislocation

**PLAN:** Knee reduced under conscious sedation and proven with xray.  Still no doppler DP or PT.  Pulse ox 73 % great toe.  Knee immobilizer placed.  Likely vascular injury.  No vascular surgeon at Mercy this weekend. Will get CT-angio and arrange transfer for vascular.

Electronically signed by Bradshaw, Jody A, MD at 4/15/2018  1:09 PM

**ED Notes by Thomas, Brandon S, RN at 4/15/2018  1:48 PM**  Version 1 of 1

Author: Thomas, Brandon S, RN     Service: —     Author Type: Registered Nurse
Filed: 4/15/2018  1:48 PM     Date of Service: 4/15/2018  1:48 PM     Status: Signed
Editor: Thomas, Brandon S, RN (Registered Nurse)

Pt to ct via bed

Electronically signed by Thomas, Brandon S, RN at 4/15/2018  1:48 PM

**ED Notes by Bannister, Kristina G, LPN at 4/15/2018  1:54 PM**  Version 1 of 1

Author: Bannister, Kristina G, LPN     Service: —     Author Type: License Practical Nurse
Filed: 4/15/2018  1:58 PM     Date of Service: 4/15/2018  1:54 PM     Status: Signed
Editor: Bannister, Kristina G, LPN (License Practical Nurse)

ATCC contacted @ 1312 Dr. Irwin @ Washington Regional accepted. Images uploaded in TIR. Transfer delayed due to further testing @ Dr. Request.  FSEMS contacted @1347

Electronically signed by Bannister, Kristina G, LPN at 4/15/2018  1:58 PM

**ED Provider Notes by Pece, Kristin, MD at 4/15/2018 12:12 PM**  Version 1 of 1

Author: Pece, Kristin, MD     Service: —     Author Type: Physician
Filed: 4/15/2018  2:04 PM     Date of Service: 4/15/2018 12:12 PM     Status: Signed
Editor: Pece, Kristin, MD (Physician)
  Procedure Orders
  1. MODERATE SEDATION [387742284] ordered by Pece, Kristin, MD at 04/15/18 1354

**EXHIBIT J**

**HISTORY OF PRESENT ILLNESS**
Kimberly L Horne, a 44 y.o. female presents to the ED with a Chief Complaint of Fall

MERCY HOSPITAL FORT SMITH
7301 Rogers Ave
Fort Smith AR 72903-4100

Ruloph, Kimberly L
MRN: E1402145509, DOB: 9/23/1973, Sex: F
Acct #: 74000567510
ADM 4/15/2018, D/C 4/15/2018

## All Notes (continued)

**ED Provider Notes by Pece, Kristin, MD at 4/15/2018 12:12 PM (continued)**                                  Version 1 of 1

Subjective

10 50 am, fell going into churrch, tripped on conrete parking block. Fell to side, pain to lower leg. Ems there shorly after and onbaord they found pulselss extremity at 11:10. Gave 50 fentany times two enroute. Good vitals on room air

Arrive here, pain to lower leg;foor is only complaint, deny other injury.
Foot dusky, we called level two trauma and orhtopedic dconsult immediately on assessment.

C/w Dr bradshaw shortly thereafter, Dr bradshaw agree to come emrgently.
No hx of prev anesthesia. Pt says no resp or heart pproblems.

Discuss with pt and family lkely hood that knee dislocation injured vessel and we need to sedate her and attempt reduction.

Is diabeteic and smoker. On metformin.

**REVIEW OF SYSTEMS**
Review of Systems
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for numbness.
All other systems reviewed and are negative.

**PAST MEDICAL HISTORY REVIEWED**

**MEDICAL:**
Patient has a past medical history of Patient denies relevant medical history.
**SURGICAL:**
Patient has a past surgical history that includes pt denies relevant surgical history.
**FAMILY:**
Patient's family history is not on file.
**SOCIAL:**
 reports that she has been smoking Cigarettes. She has been smoking about 0.25 packs per day. She has never used smokeless tobacco.
No birth history on file.
Social History

| Other Topics | Concern |
|---|---|
| • Not on file | |

MERCY HOSPITAL FORT SMITH  
7301 Rogers Ave  
Fort Smith AR 72903-4100  

Ruloph, Kimberly L  
MRN: E1402145509, DOB: 9/23/1973, Sex: F  
Acct #: 74000567510  
ADM 4/15/2018, D/C 4/15/2018  

## All Notes (continued)

**ED Provider Notes by Pece, Kristin, MD at 4/15/2018 12:12 PM (continued)**   Version 1 of 1

### PROBLEM LIST:
Patient does not have a problem list on file.

### ALLERGIES
Patient has no known allergies.

### HOME MEDICATIONS
**Patient's Home Medications**


Objective

### PHYSICAL EXAM
### INITIAL VS
BP: **(!) 159/139** (04/15/18 1222), Heart Rate: 94 bpm (04/15/18 1222), Resp: 15 (04/15/18 1222), Temp: 97.6 °F (36.4 °C) (04/15/18 1222), Temp src: Oral (04/15/18 1228), SpO2: 98 % (04/15/18 1222), Height: 5' 9" (175.3 cm) (04/15/18 1230), Weight: 131.5 kg (290 lb) (04/15/18 1230), BMI (Calculated): 42.81 (04/15/18 1230) Patient's last menstrual period was 04/04/2018.

Physical Exam  
Constitutional: She is oriented to person, place, and time. Vital signs are normal. She appears well-developed and well-nourished. She is active and cooperative. She does not appear ill. No distress.  
**Pleasnt, in pain**  
HENT:  
Head: Normocephalic and atraumatic.  
Mouth/Throat: Oropharynx is clear and moist.  
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.  
Neck: Normal range of motion. Neck supple. No JVD present. No tracheal deviation present.  
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.  Exam reveals no gallop and no friction rub.  
No murmur heard.  
Pulmonary/Chest: Effort normal and breath sounds normal. She has no wheezes. She has no rales.  
Abdominal: Soft. Bowel sounds are normal. There is no tenderness. There is no rebound and no guarding.  
Musculoskeletal: She exhibits deformity. She exhibits no edema or tenderness.  
**Selling and deformity left knee and selling lower leg.  Pt says can not move toes or ankle to Command. Says no perception of touch on my testing of sensation on the foot. No pain with passive movement of toes.**  
Neurological: She is alert and oriented to person, place, and time. She has normal strength. No cranial nerve deficit or sensory deficit. She exhibits normal muscle tone. GCS eye subscore is 4. GCS verbal subscore is 5. GCS motor subscore is 6.  
Skin: Skin is dry and intact. She is not diaphoretic. There is pallor.  
**Foot is dusky/pale, no puls by doppler or palp.**  
Psychiatric: She has a normal mood and affect. Her behavior is normal.  
Nursing note and vitals reviewed.

### DIAGNOSTICS

MERCY HOSPITAL FORT SMITH  
7301 Rogers Ave  
Fort Smith AR 72903-4100  

Ruloph, Kimberly L  
MRN: E1402145509, DOB: 9/23/1973, Sex: F  
Acct #: 74000567510  
ADM 4/15/2018, D/C 4/15/2018  

## All Notes (continued)

**ED Provider Notes by Pece, Kristin, MD at 4/15/2018 12:12 PM (continued)**  Version 1 of 1

**LAB:**

**CBC WITH DIFFERENTIAL - Abnormal**

| Result | Value |
|---|---|
| WBC | 21.1 (*) |
| RBC | 4.54 |
| HEMOGLOBIN | 14.4 |
| HEMATOCRIT | 42.6 |
| MCV | 93.8 |
| MCH | 31.7 |
| MCHC | 33.8 |
| RDW | 13.3 |
| RDW-STDEV | 45.9 |
| PLATELETS | 349 |
| MPV | 10.9 |
| NEUTROPHILS | 68 |
| LYMPHOCYTES | 21 |
| MONOCYTES | 5 |
| EOSINOPHILS | 3 |
| BASOPHILS | 1 |
| IMMATURE GRANULOCYTES | 2 (*) |
| NEUTROPHIL ABSOLUTE | 14.38 (*) |
| LYMPHOCYTE ABSOLUTE | 4.46 (*) |
| MONOCYTE ABSOLUTE | 1.00 (*) |
| EOSINOPHIL ABSOLUTE | 0.68 (*) |
| BASOPHILS ABSOLUTE | 0.18 (*) |
| IMMATURE GRANULOCYTES ABSOLUTE | 0.38 (*) |

**PTT - Abnormal**

| | |
|---|---|
| PTT | 21.2 (*) |

**COMPREHENSIVE METABOLIC PANEL - Abnormal**

| | |
|---|---|
| SODIUM | 140 |
| POTASSIUM | 4.0 |
| CHLORIDE | 100 |
| CO2 | 24 |
| CALCIUM | 9.2 |
| BUN | 11 |
| CREATININE | 0.60 |
| GLUCOSE | 166 (*) |
| TOTAL PROTEIN | 6.6 |
| ALBUMIN | 4.1 |

| MERCY HOSPITAL FORT SMITH | Ruloph, Kimberly L |
|---|---|
| 7301 Rogers Ave | MRN: E1402145509, DOB: 9/23/1973, Sex: F |
| Fort Smith AR 72903-4100 | Acct #: 74000567510 |
| | ADM 4/15/2018, D/C 4/15/2018 |

## All Notes (continued)

**ED Provider Notes by Pece, Kristin, MD at 4/15/2018 12:12 PM (continued)**   Version 1 of 1

| | |
|---|---|
| BILIRUBIN TOTAL | 0.3 |
| ALKALINE PHOSPHATASE | 63 |
| AST | 19 |
| ALT | 17 |
| GFR | >60 |
| GFR, AFRICAN AMERICAN | >60 |
| ANION GAP | 16 |

**URINALYSIS WITH REFLEX MICROSCOPIC - Abnormal**

| | |
|---|---|
| COLOR UA | Pale Yellow |
| CLARITY UA | Clear |
| SPECIFIC GRAVITY UA | 1.019 |
| PH UA | 6.0 |
| LEUKOCYTE ESTERASE UA | Negative |
| NITRITE UA | Negative |
| PROTEIN UA | Negative |
| GLUCOSE UA | Negative |
| KETONES UA | 1+ (*) |
| UROBILINOGEN UA | 0.2 |
| BILIRUBIN UA | Negative |
| BLOOD UA | Negative |

**PROTIME-INR - Normal**

| | |
|---|---|
| PROTIME | 12.8 |
| INR | 1.0 |

**LACTIC ACID - Normal**

| | |
|---|---|
| LACTIC ACID | 1.7 |

**TYPE AND SCREEN**

| | |
|---|---|
| ABO GROUP | O |
| RH (D) TYPE | Positive |
| ANTIBODY SCREEN | Negative |

**VERIFICATION BLOOD GROUP**

| | |
|---|---|
| ABO GROUP | O |
| RH (D) TYPE | Positive |

## RADIOLOGY:

XR KNEE 1 OR 2 VW LEFT

XR CHEST PA OR AP 1 VW

XR FEMUR 2 VW LEFT

CTA ABD AORTA BI ILIOFEM W WO   (Results Pending)

XR KNEE 1 OR 2 VW LEFT
**Radiologist Impression**

| | |
|---|---|
| MERCY HOSPITAL FORT SMITH<br>7301 Rogers Ave<br>Fort Smith AR 72903-4100 | Ruloph, Kimberly L<br>MRN: E1402145509, DOB: 9/23/1973, Sex: F<br>Acct #: 74000567510<br>ADM 4/15/2018, D/C 4/15/2018 |

## All Notes (continued)

**ED Provider Notes by Pece, Kristin, MD at 4/15/2018 12:12 PM (continued)**                                          Version 1 of 1

IMPRESSION: Interval reduction of the left knee.

XR CHEST PA OR AP 1 VW
**Radiologist Impression**
IMPRESSION: Negative chest x-ray.

XR FEMUR 2 VW LEFT
**Radiologist Impression**
Impression: Left knee dislocation.

CTA ABD AORTA BI ILIOFEM W WO     (Results Pending)


**EKG:**

**PROCEDURES**
**Moderate Sedation**
Date/Time: **4/15/2018 1:54 PM**
Performed by: **PECE, KRISTIN**
Authorized by: **PECE, KRISTIN**

Consent:
  Consent obtained: **Verbal and written**
  Consent given by: **Patient and spouse**
  Risks discussed: **Allergic reaction, dysrhythmia, inadequate sedation, prolonged hypoxia resulting in organ damage, prolonged sedation necessitating reversal, respiratory compromise necessitating ventilatory assistance and intubation, nausea and vomiting**
  Alternatives discussed: **Analgesia without sedation**
Indications:
  Procedure performed: **Dislocation reduction**
  Procedure necessitating sedation performed by: **Different physician**
  Intended level of sedation: **Moderate (conscious sedation)**
Pre-sedation assessment:
  Time since last food or drink: **2 to 3 hrs**
  NPO status caution: **urgency dictates proceeding with non-ideal NPO status**
  ASA classification: **class 2 - patient with mild systemic disease**
  Mouth opening: **3 or more finger widths**
  Thyromental distance: **2 finger widths**
  Mallampati score: **II - soft palate, uvula, fauces visible**
  Pre-sedation assessments completed and reviewed: **airway patency**, **cardiovascular function**, **hydration status**, **mental status**, **nausea/vomiting**, **pain level**, **respiratory function** and **temperature**
  History of difficult intubation: **no**
  Pre-sedation assessment completed: **4/15/2018 12:46 PM**
Immediate pre-procedure details:
  Reassessment: **Patient reassessed immediately prior to procedure**
  Reviewed: **vital signs**, **relevant labs/tests** and **NPO status**
  Verified: **bag valve mask available**, **emergency equipment available**, **intubation equipment available**, **IV patency confirmed**, **oxygen available** and **reversal medications available**

MERCY HOSPITAL FORT SMITH  
7301 Rogers Ave  
Fort Smith AR 72903-4100  

Ruloph, Kimberly L  
MRN: E1402145509, DOB: 9/23/1973, Sex: F  
Acct #: 74000567510  
ADM 4/15/2018, D/C 4/15/2018  

## All Notes (continued)

**ED Provider Notes by Pece, Kristin, MD at 4/15/2018 12:12 PM (continued)**   Version 1 of 1

Procedure details (see MAR for exact dosages):
  Preoxygenation: **Nasal cannula**
  Sedation: **Ketamine and propofol**
  Intra-procedure monitoring: **Blood pressure monitoring, cardiac monitor, continuous capnometry, continuous pulse oximetry, frequent LOC assessments and frequent vital sign checks**
  Intra-procedure events: **none**
Post-procedure details:
  Post-sedation assessment completed: **4/15/2018 1:40 PM**
  Attendance: **Constant attendance by certified staff until patient recovered**
  Recovery: **Patient returned to pre-procedure baseline**
  Estimated blood loss (see I/O flowsheets): **No**
  Specimens recovered: **None**
  Post-sedation assessments completed and reviewed: **airway patency**, **cardiovascular function**, **hydration status**, **mental status**, **nausea/vomiting**, **pain level**, **respiratory function** and **temperature**
  Patient tolerance: **Tolerated well, no immediate complications**


## MEDICAL DECISION MAKING AND PLAN OF CARE

**ED Course**


**MDM**

Summary Statement:
**Knee dislocation left knee, poplitesal injury presumd  No pulse.  Emergently summoned ortho and reduction with conscious sedation
recduction successful but no flow or signs of flow.  Continues sense of pain in foot.

Ortho dr advises need vascular surgeon, trauma com arranged acceptance  at wash regional, dr irwin.  Ortho advise cta also.  Pt with good vitals, continue to provide pain med.  No other injury found suspected, complained of  At thsi time.  .

groudn transfer is as fast as summoning helicopter as ground immediately available.

Ft smith ems to transfer.  Pt stable for transfer.

Or tho Dr , Dr Bradshw and I both talked with Ms Horne and husband about critical nature of injury and potential for debility and even lossing leg from this despite efforts.  They understand , we are continuign to address pain.**

| MERCY HOSPITAL FORT SMITH | Ruloph, Kimberly L |
|---|---|
| 7301 Rogers Ave | MRN: E1402145509, DOB: 9/23/1973, Sex: F |
| Fort Smith AR 72903-4100 | Acct #: 74000567510 |
| | ADM 4/15/2018, D/C 4/15/2018 |

## All Notes (continued)

**ED Provider Notes by Pece, Kristin, MD at 4/15/2018 12:12 PM (continued)**  Version 1 of 1

**Medications Administered During the ED Stay from 04/15/2018 1212 to 04/15/2018 1404**

| Date/Time | Order | Dose | Route | Action |
|---|---|---|---|---|
| 04/15/2018 1227 | morphine 4 mg/mL injection 4 mg | 4 mg | IV | Push |
| 04/15/2018 1227 | ondansetron (ZOFRAN) 4 mg/2 mL injection 4 mg | 4 mg | IV | Push |
| 04/15/2018 1348 | fentaNYL PF (SUBLIMAZE) 50 mcg/mL injection 100 mcg | 100 mcg | IV | Push |
| 04/15/2018 1316 | fentaNYL PF (SUBLIMAZE) 50 mcg/mL injection 100 mcg | 100 mcg | IV | Push |
| 04/15/2018 1249 | ketamine (KETALAR) 10 mg/mL injection 132 mg | 40 mg | IV | Admin by Another Clinician (Comment) |
| 04/15/2018 1249 | propofol (DIPRIVAN) injection | 40 mg | IV | Admin by Another Clinician (Comment) |
| 04/15/2018 1318 | sodium chloride 0.9% bolus solution 1,000 mL | 0 mL | IV | Stopped |
| 04/15/2018 1248 | sodium chloride 0.9% bolus solution 1,000 mL | 1,000 mL | IV | New Bag |

.

## LAST VS
BP: **(!) 144/106** (04/15/18 1315), Heart Rate: 95 bpm (04/15/18 1315), Resp: 12 (04/15/18 1315), Temp: 97.6 °F (36.4 °C) (04/15/18 1228), Temp src: Oral (04/15/18 1228), SpO2: 100 % (04/15/18 1315)

## CLINICAL IMPRESSION
Final diagnoses:
[S83.105A] Knee dislocation, left, initial encounter
[W19.XXXA] Fall, initial encounter
[S85.002A] Popliteal artery injury, left, initial encounter

## DISPOSITION, EDUCATION AND MEDICATION RECONCILIATION
Medications reconciled.  See after visit summary for patient education on discharged patients.

**ED Disposition**

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Transfer** | Stable | Pece, Kristin, MD | Sun Apr 15, 2018  1:37 PM | |

FTSM HEALTH INFORMATION MANAGEMENT    ROI ID: 125106271
Printed by   56410 at April 28, 2020

KLR-MHFS.000025

| | |
|---|---|
| MERCY HOSPITAL FORT SMITH<br>7301 Rogers Ave<br>Fort Smith AR 72903-4100 | Ruloph, Kimberly L<br>MRN: E1402145509, DOB: 9/23/1973, Sex: F<br>Acct #: 74000567510<br>ADM 4/15/2018, D/C 4/15/2018 |

## All Notes (continued)

**ED Provider Notes by Pece, Kristin, MD at 4/15/2018 12:12 PM (continued)**  Version 1 of 1

### ATTESTATION STATEMENTS

Electronically signed by Pece, Kristin, MD at 4/15/2018  2:04 PM

**ED Notes by Thomas, Brandon S, RN at 4/15/2018  2:20 PM**  Version 1 of 1

Author: Thomas, Brandon S, RN          Service: —                              Author Type: Registered Nurse
Filed: 4/15/2018  2:21 PM              Date of Service: 4/15/2018  2:20 PM     Status: Signed
Editor: Thomas, Brandon S, RN (Registered Nurse)

Pt back from CT via bed
Transfer paperwork signed by husband prior to him going home
Husband took pt personal belongings home with him

Pt medicated as directed by physician

Pt updated on transfer and Plan of care

Electronically signed by Thomas, Brandon S, RN at 4/15/2018  2:21 PM

**Progress Notes by Stark, Michael R at 4/15/2018  2:54 PM**  Version 1 of 1

Author: Stark, Michael R               Service: —                              Author Type: Pastoral Services
Filed: 4/15/2018  3:00 PM              Date of Service: 4/15/2018  2:54 PM     Status: Signed
Editor: Stark, Michael R (Pastoral Services)

Chaplain responded to a level 2 trauma alert. I provided ministry to this patient with encouragement and supportive dialogue and presence. I made the availability of continued support known to the patient.

Electronically signed by Stark, Michael R at 4/15/2018  3:00 PM

**Your appointments**

| Date & Time | Appointment | Department (Center) |
|---|---|---|
| **May 05, 2020  8:30 AM CDT**<br>**(Arrive by 8:15 AM)** | Office Visit Established with Sing, Rachel Beth, MD | Mercy Clinic Family Medicine Charleston (MERCY CLINIC CHARLESTON ) |

Please bring your medications in their original bottle.

Please arrive early to update registration information and to complete required patient forms.