MERCY HOSPITAL FORT SMITH  
7301 Rogers Ave  
Fort Smith AR 72903-4100  

Ruloph, Kimberly L  
MRN: E1402145509, DOB: 9/23/1973, Sex: F  
Acct #: 74000567510  
ADM 4/15/2018, D/C 4/15/2018  

Scan on 4/16/2018  9:34 AM (below)



**Medically Indicated Transfer Consent**

MERCY HOSPITAL FORT SMITH EMERGENCY DEPARTMENT  
7301 Rogers Ave  
Fort Smith AR 72903-4100  
Phone: 479-314-6241  
Fax: 479-452-0275  

4/15/2018

MEDICALLY INDICATED PATIENT TRANSFER CONSENT

Patient: Kimberly L Horne

Indication for Transfer: Medically indicated transfer  
Patient's Condition: Stable

Transfer Requirements: Patient has received a medical screening, Patient is not in active labor, Patient has been stabilized within the capabilities of the transferring facility, Patient to be transferred with required personnel / equipment, Receiving facility has agreed to accept transfer and to provide appropriate medical treatments, Receiving facility has available space and qualified personnel for the treatment of the patient, Risks and benefits of transfer explained to patient, Risks and benefits of transfer explained to patient's representative  
Transfer Benefits: Availability of specialty care  
Transfer Risks: Change in condition / vital signs, Vehicle accident, Cardiac arrest, Death  
Patient Specific Expected Benefits of Transfer: vacular surgery

Transferring Physician: pece and bradshaw  
Accepting Facility: Washington Regional Medical Center - Fayetteville, AR  
Phone number of Accepting Facility:  
Type of Facility: Acute care hospital  
Date Transfer Accepted: 04/15/18  
Time Transfer Accepted: 1357  
Date Physician Accepted: 04/15/18  
Time Physician Accepted: 1357  
Accepting Physician name: irwin.  
Caregiver Giving Report: Brandon RN  
Date Report Given: 04/15/18  
Time Report Given: 1357  
Caregiver Receiving Report: Elizabeth RN  
Receiving Unit at Accepting Facility: Emergency department  
Unit/Room Number:  
Transfer Comments:

**EXHIBIT L**

MERCY HOSPITAL FORT SMITH  
7301 Rogers Ave  
Fort Smith AR 72903-4100

Ruloph, Kimberly L  
MRN: E1402145509, DOB: 9/23/1973, Sex: F  
Acct #: 74000567510  
ADM 4/15/2018, D/C 4/15/2018

**Medically Indicated Transfer Consent (continued)**
Details of Transfer
Mode of Transfer: Advanced life support ambulance
Data Sent with Patient: Demographic sheet, EKG copy, Lab results, Emergency Dept Record, X-Ray / MRI / CT reports, After Visit Summary, Transfer Consent
Required Personnel for Transfer:
Name of Ambulance Provider: Fort Smith EMS

Medically Indicated Transfer Consent:
I acknowledge that my medical condition has been evaluated and explained to me by the Emergency Department Provider and/or my Attending Provider, who has recommended that I be transferred to the service of the physician and facility listed above.
The potential benefits of such transfer, the potential risks associated with such transfer, and the probable risks of not being transferred have been explained to me and I fully understand them. With this knowledge and understanding, I agree and consent to this transfer.

_____ spouse       4/14/18  1405
Patient Signature              Date and Time

_____              4/14/18  1405
Physician/Provider Signature   Date and Time

_____              4/14/18  1405
Witness Signature              Date and Time

_____              4/14/18
Transfer Personnel Signature   Date and Time

Patient Name: Kimberly L Horne
MRN: E1402145509