| Patient Name: **RULOPH, KIMBERLY** | MRN: 000965777 | Admission#: 1810500148 |
|---|---|---|

*Emergency Documentation*

foley in place, L. knee imobolizer

**B119970**

**EMS Information:**

ELECTRONICALLY REVIEWED/ELECTRONICALLY SIGNED:IRWIN,ROBERT A,MD (4/19/2018 10:19 CDT)

**Chief Complaint**
pt transferred from FS by ems with c/o decreased sensation and color after L knee reduction.

**History of Present Illness**
34-year-old who tripped at church about 10:50 a.m. and dislocated her left knee. She denies any other injuries. She was seen at Mercy Hospital in Fort Smith Arkansas. Her knee was reduced but her CTA showed no blood flow below the knee. She was transferred up here but right after they left the hospital there are cardiovascular surgeon reviewed the case and said that it is too complicated for us to take care of. She will need vascular repair + external fixation of the leg most likely.
PMH: She has a history of obesity, type 2 diabetes on oral medications, and hypertension.
Social: she lives with her husband.
  On examination the left leg is in a knee immobilizer. Her left foot is cold with no circulation to it. Mercy in Springfield surgery was contacted and they have accepted her in transfer. She was given morphine for pain.

**Review of Systems**
**Constitutional:** No fever
**Cardiovascular:** No chest pain
**Pulmonary:** No cough, no SOB
**Gastrointestinal**: No nausea, vomiting, diarrhea
**Musculoskeletal**: her only injury is to the left leg.
**Dermatologic:** No skin problems

**Physical Exam**
  Vitals & Measurements
**T:** 97.5 °F (Oral)  **HR:** 108(Monitored)  **RR:** 16  **BP:** 133/104
**WT:** 136 kg  **BMI:** 48.76
**CONSTITUTIONAL:** No fever, vital signs reviewed
**HEAD:** Head exam normal, Head exam included findings of head atraumatic, normocephalic.
**EYES:** Eye exam included findings of eyelids normal to inspection, Extraocular muscles intact.
**ENT:** External ear exam normal, Nose normal,
**NECK:** Neck exam normal, Neck exam included findings of normal range of motion,

**Problem List/Past Medical History**
  Ongoing
    No qualifying data
  Historical

**Medications**
  Inpatient
    No active inpatient medications
  Home
    metFORMIN, PO, BID

**Allergies**
No Known Medication Allergies

**Social History**
  Alcohol - Denies Alcohol Use, 04/15/2018
  Substance Abuse - Denies Substance Abuse, 04/15/2018
ED Smoking - Current: Cigarettes (04/15/18 16:03:08)
ED Smoking - Packs Per Day: 0.5 pack per day (04/15/18 16:03:08)
ED Smoking - Tobacco History: Current (04/15/18 16:03:08)

**Family History**
Family history is negative

**Lab Results**
**Additional Labs**
No qualifying data available
**Blood Gases**
No qualifying data available.
**CBC**
No qualifying data available.
**Chemistries**

**EXHIBIT M**

---

| Patient Name: **RULOPH, KIMBERLY** | Patient Type: Emergency Room (ERW) |
|---|---|
| Admit / Discharge: 4/15/2018 - 4/15/2018 | Report Request ID: 97388260 |
| Print Date / Time: 4/21/2020 09:03 CDT    Page 7 of 73 | OPI: |

Washington Regional Medical Center 3215 N. North Hills Blvd. Fayetteville, AR 72703

WRMC 7

## Emergency Documentation

Trachea midline.
**RESPIRATORY CHEST:** No respiratory distress, symmetrical chest expansion.
**UPPER EXTREMITY:** Upper extremity inspection normal, Range of motion normal.
**NEURO:** Neuro exam findings include patient oriented to person, place and time, Speech normal, symmetrical neurological exam
**SKIN**: Skin exam normal, Skin exam included findings of skin warm, dry, and normal in color.

**NIH Stroke Scale**
No qualifying data available.

**HEART Score**
No qualifying data available.

**Assessment/Plan**
1. Unspecified dislocation of left knee, initial encounter
Knee injury - Major
Laceration of popliteal artery, left leg, initial encounter

No qualifying data available.
**LFT**
No qualifying data available.
**UA/hCG**
No qualifying data available.

**Diagnostic Results**
**Radiology**
No qualifying data available.

**ED Physician Charges**
No qualifying data available.
No qualifying data available.

I have personally examined this patient and I have reviewed all pertinent clinical information including lab, imaging, and EKG results (if ordered) in my note.

ELECTRONICALLY REVIEWED/ELECTRONICALLY SIGNED: Potter,Amanda E,RN (4/15/2018 16:15 CDT)

Removed per orders IO in R tibia. No complications. Bleeding controlled with direct pressure and sterile gauze.

ELECTRONICALLY REVIEWED/ELECTRONICALLY SIGNED: Barnes,Cynthia M,RN (4/15/2018 16:04 CDT); Barnes,Cynthia M,RN (4/15/2018 15:55 CDT)

**ED Triage Main Entered On: 04/15/2018 16:03 CDT**
**Performed On: 04/15/2018 15:55 CDT by Barnes, Cynthia M, RN**

**ED Triage Main**
*Pregnancy Status :* Patient denies
*Date of Menses Prior to LMP :* 04/08/2018 CDT

Barnes, Cynthia M, RN - 04/15/2018 16:04 CDT

*Lynx Mode of Arrival :* Ground ambulance
*Travel Within Last 14 Days :* No
*ED Suicide Risk :* No risk identified
*Demonstrates Signs,Symptoms of Stroke :* No
*Chief Complaint :* pt transferred from FS by ems with c/o decreased sensation and color after L knee reduction.
*ED Trauma Band Number :* b119970
*Systolic Blood Pressure :* 133 mmHg
*Diastolic Blood Pressure :* 104 mmHg (HI)
*Heart Rate Monitored :* 108 bpm (HI)
*Respiratory Rate :* 16 br/min
*SpO2 :* 99 %
*Temperature Oral :* 97.5 DegF(Converted to: 36.4 DegC)

Barnes, Cynthia M, RN - 04/15/2018 15:55 CDT

Patient Name:    **RULOPH, KIMBERLY**          Patient Type:    Emergency Room (ERW)
Admit / Discharge:  4/15/2018   - 4/15/2018    Report Request ID:  97388260
Print Date / Time:  4/21/2020 09:03 CDT    Page 8 of 73    OPI:
Washington Regional Medical Center 3215 N. North Hills Blvd. Fayetteville, AR 72703

WRMC 8