# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | |
|---|---|
| KIMBERLY RULOPH ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Case No. 2:20-cv-02053-PKH |
| ) | |
| LAMMICO d/b/a LAMMICO ) | |
| RISK RETENTION GROUP, INC.; ) | |
| MERCY HOSPITAL – FORT SMITH; ) | |
| ROBERT A. IRWIN, M.D.; ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO MERCY HOSPITAL – FORT SMITH'S MOTION FOR SUMMARY JUDGMENT**

Comes Kimberly Ruloph, Plaintiff herein, and for her response to Defendant Mercy Hospital – Fort Smith's (Mercy) Motion for Summary Judgment (Motion) **[Doc. 92]** states:

1. Plaintiff does not controvert the contentions set forth in paragraph 1 of Mercy's Motion.

2. Plaintiff does not controvert the contentions set forth in paragraph 2 of Mercy's Motion.

3. Plaintiff controverts the contentions set forth in paragraph 3 of

1

Mercy's Motion. Further, Plaintiff affirmatively states that "actual knowledge of the transferring facility" is not relevant to the question of whether the transfer was in accordance with the requirements of EMTALA. Plaintiff further contends that the subjective belief of transferring hospital, or its personnel, that the transfer was appropriate is immaterial to the questions of whether the transfer, in fact, met the definition of an appropriate transfer under EMTALA.

4. Plaintiff does not controvert the contentions set forth in paragraph 4 of Mercy's Motion.

5. Plaintiff does not controvert the contentions set forth in paragraph 5 of Mercy's Motion.

6. Plaintiff does not controvert the contentions set forth in paragraph 6 of Mercy's Motion.

7. Plaintiff does not controvert the contentions set forth in paragraph 7 of Mercy's Motion.

8. Plaintiff does not controvert the contentions set forth in paragraph 8 of Mercy's Motion.

9. Plaintiff does not controvert the contentions set forth in paragraph 9 of Mercy's Motion.

10. Plaintiff does not controvert the contentions set forth in the first sentence of paragraph 10 of Mercy's Motion, but controverts the contention set forth in the second sentence thereof.

11. Plaintiff controverts the contentions set forth in paragraph 11 of Mercy's Motion, and further affirmatively asserts that Mercy is not entitled to a judgement as a matter of law, and therefore not entitled to a summary judgment pursuant to Rule 56, Fed. R. Civ. P.

12. Plaintiff does not controvert the authenticity of the documents attached to, and identified in, paragraph 12 of Mercy's Motion.

13. In affirmative response to Mercy's Motion, Plaintiff contends that the subjective belief of Mercy, that the transfer was appropriate, that it reasonably relied upon false information, or its lack of actual knowledge that WRMC was not appropriately staffed to treat the Plaintiff's emergency medical condition, does not relieve Mercy of its duty under EMTALA to provide for an appropriate transfer, as defined by 42 U.S.C. § 1395dd(b)(1), or its liability for damages arising out of its failure to provide for an appropriate transfer.

14. Plaintiff further contends that scienter is not a predicate for liability arising out of a breach of a duty prescribed by EMTALA, and

therefore the state of knowledge, or state of mind, of Mercy, at the time of Plaintiff's transfer to WRMC is immaterial.

15. In the event the Court grants Mercy's summary judgment motion, Plaintiff requests that it be expressly limited to the claim under EMTALA and without prejudice to Plaintiff's state law claims stated in her pending Third Amended Complaint **[Doc. 95-1]**.

WHEREFORE, Kimberly Ruloph, Plaintiff herein, respectfully submits that Defendant, Mercy Hospital – Fort Smith is not entitled to judgment as a matter of law, and therefore, its motion for summary judgment **[Doc. 92]** should be denied by the Court.

By: H. David Blair
Bar Number 65004
Blair & Stroud
P.O. Box 2135
Batesville, Arkansas 72503
870-793-8350    Phone
870-793-3989    Facsimile
hdb@blastlaw.com

And

        Richard Paul Wacker
AR Bar Number 77189 (*pro hac vice*)
Paul Wacker, L.L.C.
P.O. Box 4044
Springfield, MO 65808
417-319-2007
paul@paulwackerlaw.com
*Attorneys for Kimberly Ruloph, Plaintiff,*

### CERTIFICATE OF SERVICE

I hereby certify on this 23rd day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Kelly P. Carithers
Colin M. Johnson
kelly@cjdfirm.com
colin@cjdfirm.com

Paul McNeil
pmcneill@rmp.law

Kirk Dougherty
KDougherty@hardinlaw.com

Ed Lowther
Glenn S. Ritter
elowther@wlj.com
gritter@wlj.com

        H. David Blair  #65004
*Attorney for Kimberly Ruloph, Plaintiff*

5