UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KIMBERLY RULOPH                                                                                          PLAINTIFF

v.                                               No. 2:20-CV-02053

LAMMICO, et al.                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, Plaintiff's EMTALA claim against Mercy Hospital Fort Smith is DISMISSED WITH PREJUDICE. Plaintiff's remaining state law claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 11th day of February, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE